USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1147 UNITED STATES, Appellee, v. DIANE C. EVANS, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Joseph A. DiClerico, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Stahl and Lynch, Circuit Judges. ______________ ____________________ Richard N. Foley on brief for appellant. ________________ Paul M. Gagnon, United States Attorney, and Jean B. Weld, ________________ ______________ Assistant U.S. Attorney, on brief for appellee. ____________________ MAY 8, 1997 ____________________ Per Curiam. Upon careful consideration of the briefs __________ and record, we conclude that defendant's sentence properly was enhanced for abuse of a position of trust under U.S.S.G. 3B1.3.  We agree with the district court's interpretation of the guideline terms, and we find no clear error in its application of those terms to the facts of this case. See ___ United States v. Tardiff, 969 F.2d 1283, 1289 (1st Cir. ______________ _______ 1992). The enhancement was fully supported by a showing that defendant's position "provided the freedom to commit a difficult-to-detect wrong." See id. The district court ___ __ outlined the elements of defendant's position of private trust with her employer, her actual use of that position to commit and conceal her thefts, and the significant way in which that position contributed to the misconduct, including her primary and "managerial" responsibility for two accounts and her transfers between those accounts to cover her thefts. See U.S.S.G. 3B1.3, application note 1; United States v. ___ ______________ Santiago-Gonzalez, 66 F.3d 3, 8 (1st Cir. 1995). _________________ Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-